UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § § | NO:  WA:24-CR-00059(1)-ADA |
| (1) PEDRO ALBARDO CRUZ | § § | |

### ORDER

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed February 11, 2025, wherein the defendant (1) PEDRO ALBARDO CRUZ waived appearance before this Court and appeared before United States Magistrate Judge Derek T. Gillilland for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation. The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (1) PEDRO ALBARDO CRUZ to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant (1) PEDRO ALBARDO CRUZ 's plea of guilty to Count One (1) is accepted.

Signed this 18th day of February, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE